# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF TENNESSEE
# WESTERN DIVISION

**ROGER PICKLER and**
**MARILYNN PICKLER,**

    **Plaintiffs,**

**vs.**                                               **No.: 2:09-cv-02490-cgc**

**TASTY BUFFET, INC.,**

    **Defendant.**

## ORDER SETTING TRIAL AND PRETRIAL DATES

Pursuant to Local Rule 72.1(f), a Rule 16(b) Scheduling Order was entered by this Court on November 4, 2009. In accordance with the deadlines established in that order, trial and pretrial dates are set as follows:

1. The jury trial in this matter, which is anticipated to last two (2) days, is set to begin on **Monday, August 9, 2010** at **9:30 a.m.** in Courtroom No. M-3.

2. A pretrial conference is set for **Monday, July 26, 2010** at **9:00 a.m.**

3. The joint pretrial order is due by no later than the close of business on **Monday, July 19, 2010**.

Absent good cause, the dates established by this order shall not be extended or modified.

**IT IS SO ORDERED this 17th day of November, 2009.**

                                                             s/ Charmiane G. Claxton
                                                            CHARMAINE G. CLAXTON
                                                            United States Magistrate Judge