UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TENNESSEE
## WESTERN DIVISION

---

**ROGER PICKLER and**                      **JUDGMENT IN A CIVIL CASE**
**MARILYNN PICKLER,**

       **Plaintiffs,**

**v.**

**TASTY BUFFET, INC.,**                    **CASE NO:2:09-cv-02490-CGC**

       **Defendant.**

---

**DECISION BY COURT.** This action came to consideration before the Court. The issues have been considered and a decision has been rendered.

**IT IS SO ORDERED AND ADJUDGED** that in accordance with the Order Granting Summary Judgment, this cause is hereby dismissed.

**APPROVED:**

**s/ Charmiane G. Claxton**
**UNITED STATES DISTRICT COURT**

**DATE: 06/23/2010**                        **THOMAS M. GOULD**
                                                **Clerk of Court**

                                                **S/ Chris Sowell**
                                                **(By) Deputy Clerk**